Certificate Number: 17572-PAE-DE-031646121

Bankruptcy Case Number: 18-14152



17572-PAE-DE-031646121

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 20, 2018, at 7:09 o'clock AM PDT, Richard W McCormick completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    September 20, 2018            By:    /s/Leigh-Anna M Thompson

Name:    Leigh-Anna M Thompson

Title:    Counselor