# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard W. McCormick aka Richard McCormick aka Rich McCormick<br>　　　　　　　Debtor | CHAPTER 7 |
| Bank of America, N.A.<br>　　　　　　　Movant<br>　　vs.<br>Richard W. McCormick aka Richard McCormick aka Rich McCormick<br>　　　　　　　Debtor<br>Lynn E. Feldman<br>　　　　　　　Trustee | NO. 18-14152 REF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion of Bank of America, N.A. for Relief from the Automatic Stay, which was filed with the Court on or about August 23, 2018 (Document No. 12).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

September 25, 2018